UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALAMCO, a California corporation; | No. 2:21-cv-01201-KJM-KJN |
| Plaintiff, | **ORDER** |
| v. | |
| J. R. Simplot Company and DOES 1 through 10, | |
| Defendant. | |
| J.R. Simplot Company, a Nevada Corporation, | |
| Defendant-Counterclaimant | |
| v. | |
| CALAMCO, a California corporation, | |
| Plaintiff-Counterclaim Defendant | |

**ORDER**

Good cause having been shown, the court **grants** J.R. Simplot Company's request to seal and docket redacted court documents included in the filing at ECF No. 25. The basis for redacting being that paragraph 111 contains confidential business information.

IT IS SO ORDERED.

This order resolves ECF No. 25.

DATED: September 27, 2021.

CHIEF UNITED STATES DISTRICT JUDGE