UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALAMCO, | No. 2:21-cv-01201-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| J.R. Simplot Company, et al., | |
| Defendants. | |

The court has reviewed the request by defendant-counterclaimant J.R. Simplot Company at ECF No. 38. The documents at ECF Nos. 33-2 and 33-3 are **provisionally sealed** pending a decision on the request to seal at ECF No. 27.

IT IS SO ORDERED.

DATED: October 1, 2021.

CHIEF UNITED STATES DISTRICT JUDGE