Hal Michael Clyde (SBN CA 302473)
MClyde@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: 650.838.4300
Facsimile:  650.838.4350

Donald J. Kula (SBN CA 144342)
DKula@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile:  310.788.3399

Attorneys for J. R. Simplot Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALAMCO, a California Corporation;<br><br>          Plaintiff,<br><br>     v.<br><br>J. R. Simplot Company and DOES 1 through 10,<br><br>          Defendant. | Case No. 2:21-cv-01201-KJM-KJN<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COUNTERCLAIM AND TO WITHDRAW CALAMCO'S MOTION TO DISMISS** |
| J. R. Simplot Company,<br><br>          Defendant-Counterclaimant<br><br>     v.<br><br>CALAMCO, a California Corporation,<br><br>          Plaintiff-Counterclaim Defendant. | |

1   Defendant/Counterclaimant J. R. Simplot Company ("Simplot") and Plaintiff/
2 Counterdefendant CALAMCO having stipulated to the following:
3   1.   CALAMCO's last day to respond to Simplot's Amended Answer and Counterclaim
4 (Dkt. 26) is extended until 14 calendar days after this Court rules on CALAMCO's motion to
5 remand (Dkt. 7).
6   2.   CALAMCO's Motion to Dismiss (Dkt. 19) is withdrawn.
7   IT IS SO ORDERED.
8 DATED: October 1, 2021.

CHIEF UNITED STATES DISTRICT JUDGE