UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALAMCO, a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>J.R. Simplot Company and DOES 1 through 10,<br><br>    Defendant.<br>J.R. Simplot Company, a Nevada Corporation,<br><br>    Defendant-Counterclaimant,<br><br>    v.<br><br>CALAMCO, a California Corporation,<br><br>    Plaintiff-Counterclaim Defendant. | No. 2:21-cv-01201-KJM-KJN<br><br>ORDER |

    J.R. Simplot Company requests to seal its Notice of Removal, ECF No. 1, and the accompanying Declaration of Jana L. Owens, ECF No. 1-5.  J.R. Simplot Company requests the court remove these documents from the docket and permit it to refile the document in redacted form.  The parties stipulate the documents "contain confidential business information regarding the volume and revenue of sales of UAN32."  Stip. ¶ 1, ECF No. 49.  The court has previously sealed similar information.  *Id.* ¶ 2; *see* Prev. Order (Sept. 28, 2021), ECF No. 39 (granting

1

request to redact confidential business information); Prev. Order (Oct. 4, 2021), ECF No. 46 (provisionally sealing documents pending a decision on the request to seal).  The parties agree these documents should be sealed, Stip. ¶ 3, and the court agrees.

Additionally, the parties stipulate to seal Exhibit A to Simplot's Reply in Support of Its Motion to Take the Deposition of Daniel Stone because it contains CALAMCO pricing and other proprietary information.  *Id* ¶ 4.  Simplot had previously requested the court seal this exhibit. ECF No. 21.

The court **grants both requests to seal** (ECF No. 21 & ECF No. 49), seals ECF No. 1 and ECF No. 20, and directs defendant J.R. Simplot Company to file redacted copies of each on the public docket within 14 days.

This order resolves ECF Nos. 21 & 49.

IT IS SO ORDERED.

DATED:  October 26, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE