DOWNEY BRAND, LLP
JAMES M. MORRIS, Bar No. 48365
3425 Brookside Road, Suite A
Stockton, CA  95219
Telephone: (209) 473-6450
Facsimile: (209) 473-6455
Email:  jmorris@downeybrand.com

GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Emails:  cglynn@glynnfinley.com
         afriedenberg@glynnfinley.com

Attorneys for Plaintiff/Counterdefendant
CALAMCO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALAMCO, a California corporation<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>J.R. SIMPLOT COMPANY and DOES 1 through 10,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTER-CLAIM. | **Case No.** 2:21-cv-01201-KJM-KJN<br><br>**STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Courtroom:　3, 15th Floor<br>Judge:　　　Hon. Kimberly J. Mueller |

STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE

The Court's July 6, 2021 Order set a Status (Pretrial Scheduling) Conference for November 18, 2021, with a Joint Status Report that includes the Rule 26(f) discovery plan due 14 days before the Conference. (Dkt. No. 3.) Subsequently, the Court took under submission Plaintiff CALAMCO's motion to remand to state court and motion to disqualify Perkins Coie. (Dkt. No. 48.) As the motions remain under submission, the parties have conferred and jointly propose a continuance of the Status Conference to December 16, 2021, or such other date as may be convenient to the Court.

Dated: October 28, 2021

GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG


By ___/s/ Adam Friedenberg___
Attorneys for Plaintiff/Counterdefendant
CALAMCO


Dated: October 28, 2021

PERKINS COIE LLP
HAL MICHAEL CLYDE
DONALD J. KULA


By ___/s/ Hal Michael Clyde___
Attorneys for Defendant/
Counterclaimant J.R. Simplot

## ORDER

The court has reviewed the parties' stipulation to continue the Status (Pretrial Scheduling) Conference. Good cause appearing, the court adopts the parties' stipulation, VACATES the Scheduling Conference set for November 18, 2021 and RESETS it for December 16, 2021, at 2:30 p.m., with the parties to file a joint status report 14 days before the conference.

This order resolves ECF No. 51.

DATED: October 29, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE