Hal Michael Clyde (SBN CA 302473)
MClyde@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: 650.838.4300
Facsimile:  650.838.4350

Donald J. Kula (SBN CA 144342)
DKula@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile:  310.788.3399

Attorneys for J. R. Simplot Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALAMCO, a California Corporation;<br><br>             Plaintiff,<br><br>      v.<br><br>J. R. Simplot Company and DOES 1 through 10,<br><br>             Defendant. | CASE NO. 2:21-CV-01201-KJM-KJN<br><br>ORDER REGARDING STIPULATION TO CONTINUE HEARING DATE AND RESPONSE DATE FOR PLAINTIFF-COUNTERCLAIM DEFENDANT CALAMCO'S MOTION TO DISMISS |
| J. R. Simplot Company,<br><br>             Defendant-Counterclaimant<br><br>      v.<br><br>CALAMCO, a California Corporation,<br><br>             Plaintiff-Counterclaim Defendant. | |

Defendant/Counterclaimant J. R. Simplot Company ("Simplot") and Plaintiff/Counterdefendant CALAMCO having stipulated to the following:

1. The hearing date on CALAMCO's Motion to Dismiss (Dkt. 61) shall be continued to January 27, 2023 at 10:00 AM.

2. Simplot will file its opposition to CALAMCO's Motion to Dismiss on or before November 21, 2022.

IT IS SO ORDERED.

DATED: November 15, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of November, 2022, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing.

By:/s/*Hal Michael Clyde*
Hal Michael Clyde

113552.158990427.1