Hal Michael Clyde (SBN CA 302473)
MClyde@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: 650.838.4300
Facsimile:  650.838.4350

Donald J. Kula (SBN CA 144342)
DKula@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile:  310.788.3399

Attorneys for J. R. Simplot Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALAMCO, a California Corporation;<br><br>Plaintiff,<br><br>v.<br><br>J. R. Simplot Company and DOES 1 through 10,<br><br>Defendant.<br><br>J. R. Simplot Company,<br><br>Defendant-Counterclaimant<br><br>v.<br><br>CALAMCO, a California Corporation,<br><br>Plaintiff-Counterclaim Defendant. | CASE NO. 2:21-CV-01201-KJM-KJN<br><br>ORDER REGARDING STIPULATION TO CONTINUE RESPONSE DATE FOR PLAINTIFF-COUNTERCLAIM DEFENDANT CALAMCO'S MOTION TO DISMISS |

Case No. 2:21-cv-01201-KJM-KJN

Order Re: Stipulation to Continue Hearing Date and Response Date for Plaintiff-Counterdefendant CALAMCO's Motion to Dismiss

Defendant/Counterclaimant J. R. Simplot Company ("Simplot") and Plaintiff/Counterdefendant CALAMCO having stipulated to the following, and good cause appearing:

1. Simplot will file its opposition to CALAMCO's Motion to Dismiss on or before December 15, 2022.

IT IS SO ORDERED.

DATED: December 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE