Hal Michael Clyde (SBN CA 302473)
MClyde@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: 650.838.4300
Facsimile:  650.838.4350

Donald J. Kula (SBN CA 144342)
DKula@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile:  310.788.3399

Attorneys for J. R. Simplot Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALAMCO, a California Corporation;<br><br>             Plaintiff,<br><br>   v.<br><br>J. R. Simplot Company and DOES 1 through 10,<br><br>             Defendant.<br><br>J. R. Simplot Company,<br><br>        Defendant-Counterclaimant<br><br>   v.<br><br>CALAMCO, a California Corporation,<br><br>        Plaintiff-Counterclaim Defendant. | CASE NO. 2:21-CV-01201-KJM-KJN<br><br>ORDER GRANTING LEAVE TO FILE FIRST SUPPLEMENTAL AMENDED ANSWER AND COUNTERCLAIM OF J. R. SIMPLOT COMPANY |

1 | Pursuant to the Parties' Stipulation, this Court hereby GRANTS the Parties' request, and Defendant/Counterclaimant J. R. Simplot Company First Supplemental Amended Answer and Counterclaim is deemed filed as of the date of signing this Order. Plaintiff/Counterclaim Defendant CALAMCO's response to the First Supplemental Amended Answer and Counterclaim must be filed no later than April 10, 2023.

IT IS SO ORDERED.

DATED: March 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE