1   Hal Michael Clyde (SBN CA 302473)
    MClyde@perkinscoie.com
2   PERKINS COIE LLP
    3150 Porter Drive
3   Palo Alto, California 94304-1212
    Telephone: 650.838.4300
4   Facsimile:  650.838.4350

5   Donald J. Kula (SBN CA 144342)
    DKula@perkinscoie.com
6   PERKINS COIE LLP
    1888 Century Park East, Suite 1700
7   Los Angeles, California 90067-1721
    Telephone: 310.788.9900
8   Facsimile:  310.788.3399

9   Attorneys for J. R. Simplot Company

10

11              UNITED STATES DISTRICT COURT

12             EASTERN DISTRICT OF CALIFORNIA

13

14  CALAMCO, a California Corporation;          CASE NO. 2:21-CV-01201-KJM-KJN

15              Plaintiff,
                                                ORDER GRANTING STIPULATION RE
16       v.                                     DATE FOR CALAMCO TO ANSWER
                                                AND PARTIES TO EXCHANGE
17  J. R. Simplot Company and DOES 1 through    INITIAL DISCLOSURES
    10,
18
                Defendant.
19
    J. R. Simplot Company,
20
                Defendant-Counterclaimant
21
         v.
22
    CALAMCO, a California Corporation,
23
                Plaintiff-Counterclaim
24              Defendant.

25

26

27

28

1    Pursuant to the Parties' Stipulation, this Court hereby GRANTS the Parties' request, and

2  orders that (i) Plaintiff/Counterclaim Defendant CALAMCO's answer and affirmative defenses to

3  Defendant/Counterclaimant J. R. Simplot Company's ("Simplot") First Supplemental Amended

4  Answer and Counterclaim (ECF No. 80) must be filed on or before July 25, 2023 and (ii) the date

5  by which the parties are required to complete their respective initial disclosures and file their joint

6  report on scheduling and alternative dispute resolution is extended from July 12, 2023 to August 8,

7  2023.

8    IT IS SO ORDERED.

9  DATED:  July 12, 2023.

10

11  _____

12  CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28