UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALAMCO,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>J. R. Simplot Company, et al.,<br><br>    Defendants and Counterclaimants. | No. 2:21-cv-01201-KJM-KJN<br><br>ORDER |

The Clerk's Office is directed to **unseal** the notice of removal (ECF No. 1) and all attached exhibits. *See* Order (June 28, 2023) at 3, 14 & n.3, ECF No. 90.

The court has reviewed the joint status report at ECF No. 99 and orders as follows:

- Fact discovery must be completed by **August 9, 2024**.
- Experts must be disclosed by **September 13, 2024**.
- Rebuttal experts must be disclosed by **October 11, 2024**.
- All expert discovery must be completed by **November 8, 2024**.
- All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be filed by **November 15,**

1

**2024** and noticed on the earliest available law and motion date in accordance with Local Rule 230(a).

- All motions regarding discovery, including motions related to alleged destruction of evidence and materials produced in the state court writ litigation, shall be noticed before the Magistrate Judge, as provided by Local Rule 302(c).
- A final pretrial and trial date will be set at a later date if necessary.

The dates and deadlines set in this order will not be modified absent a showing of good cause. The provisions of this court's standing orders remain in effect.

IT IS SO ORDERED.

DATED: August 16, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE