# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALAMCO, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>J. R. SIMPLOT COMPANY; and DOES 1 - 10,<br><br>    Defendant.<br><hr>J. R. SIMPLOT COMPANY,<br><br>    Defendant-Counterclaimant,<br><br>    v.<br><br>CALAMCO, a California corporation,<br><br>    Plaintiff-Counterclaim Defendant. | Case No. 2:21-CV-01201-KLM-CSK<br><br>**ORDER *re* JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>Hon. Kimberly J. Mueller<br>Hon. Chi Soo Kim<br><br>Trial Date:          TBD |

The matter before the Court is Plaintiff / Cross-Defendant CALAMCO and Defendant / Cross-Plaintiff J.R. SIMPLOT CO.'S *Joint Stipulation to Amend Scheduling Order*. Having considered the parties' submission, and upon good cause appearing, the parties' request is GRANTED.

The Court hereby resets the dates and deadlines for this case as follows:

| Event | Due Date |
|---|---|
| Pleadings amendments | Complete |
| Rule 26(a)(1) initial disclosures | Complete |
| Document production & written discovery deadline | August 9, 2024 |
| Fact deposition deadline | October 5, 2024 |
| Disclosure of experts on issue for which party bears burden of persuasion | December 9, 2024 |
| Disclosure of rebuttal experts | January 24, 2025 |
| Expert discovery deadline | February 14, 2025 |
| Dispositive motion deadline | March 28, 2025[1] |

IT IS SO ORDERED.

DATED: June 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The dispositive motion date stipulated to by the parties is not a viable hearing date for the court.