UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Calamco, a California corporation,<br><br>   Plaintiff,<br><br> v.<br><br>J. R. Simplot Company; and DOES 1–10,<br><br>   Defendants. | Case No. 2:21-CV-01201-KJM-CSK<br><br>**ORDER** |
| J. R. Simplot Company,<br><br>   Defendant-Counterclaimant,<br><br> v.<br><br>Calamco, a California corporation,<br><br>   Plaintiff-Counterclaim Defendant. | |

  The matter before the court is Plaintiff / Cross-Defendant Calamco and Defendant / Cross-Plaintiff J.R. Simplot Company's Second Joint Stipulation to Amend Scheduling Order, ECF No. 126. Having considered the parties' submission, and upon good cause appearing, the parties' request is **granted**.

The court hereby resets the dates and deadlines for this case as follows:

| Event | Due Date |
|---|---|
| Pleadings amendments | Complete |
| Rule 26(a)(1) initial disclosures | Complete |
| Document production & written discovery deadline | Complete |
| Fact deposition deadline | Complete |
| Supplemental document production deadline | December 6, 2024 |
| Supplemental Rule 30(b)(6) depositions re Simplot damages | January 3, 2025 |
| Disclosure of experts on issue for which party bears burden of persuasion | January 17, 2025 |
| Disclosure of rebuttal experts | March 7, 2025 |
| Expert discovery deadline | March 21, 2025 |
| Dispositive motion filing deadline | March 27, 2025 |

**IT IS SO ORDERED.**

DATED: December 2, 2024.

UNITED STATES DISTRICT JUDGE