UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALAMCO, a California corporation<br><br>        Plaintiff,<br><br>   vs.<br><br>J.R. SIMPLOT COMPANY; and DOES 1 through 10,<br><br>        Defendant.<br><br>AND RELATED COUNTER-CLAIM. | **Case No.** 2:21-cv-01201-KJM-CSK<br><br>**ORDER re THIRD JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>Hon. Kimberly J. Mueller<br>Hon. Chi Soo Kim<br><br>Trial Date:   TBD |

079231-000023 11276412.1

ORDER re THIRD JOINT STIPULATION TO AMEND SCHEDULING ORDER

1   The matter before the Court is Plaintiff / Cross-Defendant CALAMCO and Defendant /
2   Cross-Claimant J.R. SIMPLOT CO.'s *Third Joint Stipulation to Amend Scheduling Order*.
3   Having considered the parties' submission, and upon good cause appearing, the parties' request
4   is GRANTED.
5       The Court hereby resets the dates and deadlines for this case as follows:

| Event | Due Date |
|---|---|
| Disclosure of experts on issue for which party bears burden of persuasion | Complete |
| Disclosure of rebuttal experts | April 7, 2025 |
| Expert discovery deadline | April 23, 2025 |
| Dispositive motion filing deadline | May 1, 2025 |

14      IT IS SO ORDERED.

15  Dated: March 4, 2025.

_____
UNITED STATES DISTRICT JUDGE