UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALAMCO, a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>J. R. SIMPLOT COMPANY; and DOES 1 - 10,<br><br>        Defendant. | Case No. 2:21-CV-01201-KJM-CSK<br><br>ORDER |
| J. R. SIMPLOT COMPANY,<br><br>        Defendant-Counterclaimant,<br><br>   v.<br><br>CALAMCO, a California corporation,<br><br>        Plaintiff-Counterclaim Defendant. | |

The court is in receipt of parties' stipulated request to extend all deadlines in the scheduling order by 120 days so the parties can focus on "negotiating a global resolution of this litigation and various other issues between them." ECF No. 138 at 2. The court does not find good cause for such an extension request. As the parties recognize, this case has been pending for years and the court declines to accept a further delay in its progress. If the parties want to negotiate a settlement, they

can do so while continuing to litigate this case according to the current deadlines. The parties' motion to extend all deadlines by 120 days is **denied.**

    This resolves ECF No. 138.

    IT IS SO ORDERED.

DATED: April 1, 2025.

_____
UNITED STATES DISTRICT JUDGE