# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALAMCO, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. R. SIMPLOT COMPANY; and DOES 1 - 10,<br><br>　　　　Defendant. | Case No. 2:21-CV-01201-KJM-CSK<br><br>**ORDER *re* JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>Hon. Kimberly J. Mueller<br>Hon. Chi Soo Kim<br><br>Trial Date:　　　　TBD |
| J. R. SIMPLOT COMPANY,<br><br>　　　　Defendant-Counterclaimant,<br><br>　　v.<br><br>CALAMCO, a California corporation,<br><br>　　　　Plaintiff-Counterclaim Defendant. | |

ORDER re JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE

The matter before the Court is Plaintiff/Cross-Defendant CALAMCO and Defendant/Cross-Plaintiff J.R. SIMPLOT CO.'S *Joint Stipulation to Extend Briefing Schedule*. Having considered the parties' submission, and upon good cause appearing, the parties' request is GRANTED.

The Court hereby sets the briefing deadlines for Calamco's forthcoming motion for summary judgment as follows:

| Event | Proposed Due Date |
|---|---|
| Calamco dispositive motion (ECF 132) | Complete (May 1, 2025) |
| Simplot opposition | May 29, 2025 |
| Calamco reply | June 18, 2025 |
| Hearing date | July 10, 2025 |

IT IS SO ORDERED.

DATED: May 6, 2025.

UNITED STATES DISTRICT JUDGE