UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALAMCO,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim Defendant,<br><br>　　v.<br><br>J.R. SIMPLOT COMPANY,<br><br>　　　　Defendant and<br>　　　　Counterclaimant. | Case No. 2:21-cv-01201-KJM-CSK<br><br>ORDER GRANTING DEFENDANT-COUNTERCLAIMANT'S MOTION FOR RECONSIDERATION<br><br>(ECF No. 149) |

The Court has received Defendant-Counterclaimant J.R. Simplot Company's motion for reconsideration of the Court's denial of Simplot's motion to retain confidentiality as untimely. (ECF Nos. 146, 149.) Having established sufficient grounds for reconsideration, including this district court's Local Rules, the Court GRANTS Simplot's motion for reconsideration. The Court will reconsider its denial of Simplot's motion to retain confidentiality as untimely based on the briefing previously submitted. (ECF No. 145.) The Court vacates the portion of its May 22, 2025 order denying Simplot's motion to retain confidentiality as untimely. The July 15, 2025 hearing on

/ / /

/ / /

/ / /

1

Simplot's motion for reconsideration is VACATED and the matter is submitted on the filings.

Dated: 06/12/25

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, cala.1210.21

2