GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Emails:  cglynn@glynnfinley.com
          afriedenberg@glynnfinley.com
          jeldredge@glynnfinley.com

Attorneys for Plaintiff/Counterdefendant
CALAMCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

|  |  |
|---|---|
| CALAMCO, a California corporation<br><br>              Plaintiff,<br><br>     vs.<br><br>J.R. SIMPLOT COMPANY; and DOES 1 through 10,<br><br>              Defendant.<br><br>AND RELATED COUNTER-CLAIM. | **Case No.** 2:21-cv-01201-DJC-CSK<br><br>**STIPULATED REQUEST TO CHANGE DATE OF FINAL PRETRIAL CONFERENCE AND HEARING ON MOTIONS IN LIMINE AND ORDER GRANTING REQUEST**<br><br>Hon. Daniel J. Calabretta<br><br>Trial Date:     May 13, 2026 |

STIPULATED REQUEST TO CHANGE DATE OF FINAL PRETRIAL CONFERENCE AND
HEARING ON MOTIONS IN LIMINE

The Court has set a date of March 12, 2026, to hold the Final Pretrial Conference and Hearing on Motions in Limine.  Due to previous obligations, the parties jointly and respectfully submit this stipulation and proposed order requesting that the Court change the date of the Final Pretrial Conference and Hearing re Motions in Limine to February 26, 2026.

Dated: February 10, 2026                     Respectfully submitted,

GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
JONATHAN A. ELDREDGE

By ___/s/ Adam Friedenberg_____
Attorneys for Plaintiff/Counterdefendant
CALAMCO

Dated: February 10, 2025

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
SCOTT J. IVY
SHANE G. SMITH

By ___/s/ Scott J. Ivy_____
Attorneys for Plaintiff/Counterdefendant
CALAMCO

Having considered the parties' submission, and upon good cause appearing, the parties' request is GRANTED.  The Court hereby resets the Final Pretrial Conference and Hearing on Motions in Limine to February 26, 2026, at 1:30 PM via videoconference.

**IT IS SO ORDERED.**

Dated:  February 10, 2026          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

- 1 -
STIPULATED REQUEST TO CHANGE DATE OF FINAL PRETRIAL CONFERENCE AND HEARING ON MOTIONS IN LIMINE